UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

July 24, 2000

FILED ___ ENTERED
LODGED ___ RECEIVED

JUL 24 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                       DEPUTY

MEMORANDUM TO MR. ALBRIGHT RE:   Darlene Sandra Schaefer, et al. v.
Boston Scientific Corporation
Civil #L-00-1178

Dear Mr. Albright:

    The court file reflects that a summons was issued on May 26, 2000, but there is no indication that the defendant has been served. Accordingly, you are directed to advise the Court, in writing, on or before August 4, 2000, as to the date when service was effected. If the defendant is unserved, describe your efforts, both past and present, for effecting service.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File