UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

September 14, 2000

MEMORANDUM TO MR. ALBRIGHT RE:   Darlene Sandra Schaefer, et al. v.
Boston Scientific Corporation
Civil #L-00-1178

Dear Mr. Albright:

According to your letter of August 4, 2000 to the Court, you indicated that the parties were in settlement negotiations. On or before September 22, 2000, please submit a written status report regarding this case.

Very truly yours,

Benson Everett Legg

c:   Court file