IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 OCT -4  P 5: 02

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | | |
|---|---|---|
| DARLENE SANDRA SCHAEFER | * | |
| ANDREW SCHAEFER, as Husband and Wife | * | |
| Plaintiffs | * | |
| v. | | CIVIL NO. L-00-1178 |
| | * | |
| BOSTON SCIENTIFIC CORPORATION | * | |
| Defendant | | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The above case was filed on April 24, 2000. On July 24, 2000, the Court directed plaintiff to advise the Court, on or before August 4, 2000, as to the date when service was effected. Subsequently, plaintiff filed a status report representing that service had not been effected as the parties were in settlement negotiations. On September 21, 2000, plaintiff requested reissuance of the summons for defendant; and the Clerk reissued the summons on September 21, 2000. According to F.R.Cv.P. 4(m), if service of a summons and complaint is not made within 120 days after the filing of the complaint, the Court may direct that service be effected within a specified time. Therefore, it is this 3RD day of OCTOBER, 2000, in the United States District Court for the District of Maryland

ORDERED:

1. That plaintiff is to serve defendant Boston Scientific Corporation with the summons and complaint within 21 days of the date of this Order, or this action will be dismissed; and



2. That the Clerk shall transmit or mail copies of this Order to counsel of record.

_____
Benson Everett Legg
United States District Judge