UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

December 4, 2000

MEMORANDUM TO COUNSEL RE:    Darlene Sandra Schaefer, et al. v.
Boston Scientific Corp.
Civil #L-00-1178

Dear Counsel:

Now pending is plaintiff's request for MDL designation. In a letter of November 6th, Judge Nagle advised me that the Panel would take up plaintiff's motion in due course but that I retained jurisdiction until the transfer ruling became effective.

In a normal case, I would issue a scheduling order. This is not the normal case, however, because, in the event of transfer, discovery will proceed according to a master schedule. Accordingly, unless counsel disagree, I will informally stay the case pending direction from the MDL Panel. If counsel wish me to take another course, please confer and write me a letter.

Very truly yours,

Benson Everett Legg