UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
BENSON EVERETT LEGG
United States District Judge

January 10, 2001

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

MEMORANDUM TO COUNSEL RE:   Darlene Sandra Schaefer, et al. v.
Boston Scientific Corporation
Civil #L-00-1178

Winifred Curry, et al. v.
Boston Scientific Corporation
Civil #L-00-3753

Karen Dobry v.
Boston Scientific Corporation
Civil #L-00-3767

Dear Counsel:

In a letter of November 6, 2000, the Judicial Panel on Multidistrict Litigation informed me that it was considering a motion to transfer *Schaefer v. Boston Scientific*, L-00-1178, pursuant to 28 U.S.C. § 1407. On December 5, 2000, hearing no opposition from counsel, I stayed *Schaefer* pending a decision by the Panel.

Mr. Albright recently filed two additional cases against Boston Scientific Corporation (L-00-3753 and L-00-3767). On or before January 22nd, Mr. Albright and Mr. Barnes should submit a joint status report as to (i) the status of *Schaefer*, (ii) whether any party will seek to transfer the new cases to the Panel, (iii) whether the defendants have been served in the new cases, and (iv) any other information that would be helpful in organizing the new cases.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Chief Judge Motz (JFM-00-1737)
Court file